1

Jenkins Law Firm
9393 N 90th Street
Suite 102 #62
Scottsdale, AZ 85258
TELEPHONE 602.283.9868
FAX 602.412.3954
LASHAWN.JENKINS@THEJENKINSLAWFIRM.COM

2

3

4

LaShawn D. Jenkins (#021840)
Asha Sebastian (#028250)

5

6

*Attorneys for Debtor*

7

8

IN THE UNITED STATES BANKRUPTCY COURT

9

FOR THE DISTRICT OF ARIZONA

10

Case No. 2:21-bk-05055-EPB

11

In re:

Chapter 7

12

LUPE ANDREA HAZEL,

**MOTION TO VACATE ORDER OF
DISMISSAL AND TO REINSTATE CASE**

13

14

Debtor,

15

Lupe Andrea Hazel ("Debtor") moves the Court to issue an order vacating dismissal of the

16

case and reinstating the case. In support of this motion, Debtor states:

17

1.      On June 30, 2021, the Debtor filed a Voluntary Petition under Chapter 7 of the

18

Bankruptcy Code.

19

2.      The case was dismissed on July 16, 2021, because the Debtor failed to file the

20

required statements, schedules, and declaration.

21

3.      The Debtor has now filed the statements, schedules, and declaration.  Good cause

22

exists to reinstate Debtor's case as it was not dismissed by any willful conduct by Debtor to disobey

23

a Court order, because the Debtor has filed the required documents, and this case has not previously

24

been dismissed.

25

4.      If the deadline(s) for filing complaints under FED.R BANKR.P. 4004(a) or 4007(c),

26

motions under FED.R.BANKR.P. 1017(e), or proofs of claim under FED.R.BANKR.P. 3002(c)

27

expired on or after the date the case was dismissed, or if less than thirty (30) days remains until

28

such deadline, Debtor waives the right to object to complaints, motions, or proofs of claim filed

under FED.R.BANKR.P. 4004(a), 4007(c), 1017(e), and 3002(c) on grounds of timeliness, so long as they are filed in the thirty (30) days following notice of reinstatement of the case.

WHEREFORE, Debtor requests that the Court enter an order vacating the dismissal and reinstating this case, and for such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 21st day of July, 2021.

JENKINS LAW FIRM

By  /s/ Asha Sebastian
          LaShawn D. Jenkins
          Asha Sebastian
          *Attorneys for Debtor*

**ORIGINAL** of the foregoing e-filed
this 21st day of July, 2021, with the Court.

**COPY** of the foregoing emailed through ECF
this 21st day of July, 2021, to:

Office of the United States Trustee
230 N. First Ave., #204
Phoenix, AZ 85003
USTPRegion14.PX.ECF@USDOJ.GOV

DINA ANDERSON
DAnderson@DLATrustee.com,lbailey@DLATrustee.com,dlanderson@ecf.epiqsystems.com,dla
@trustesolutions.net,tkirn@dlatrustee.com
Chapter 7 Trustee


/s/   Asha Sebastian