Jenkins Law Firm
9393 N 90th Street
Suite 102 #62
Scottsdale, AZ 85258
TELEPHONE 602.283.9868
FAX 602.412.3954
LASHAWN.JENKINS@THEJENKINSLAWFIRM.COM

LaShawn D. Jenkins (#021840)
Asha Sebastian (#028250)

*Attorneys for Debtors*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LUPE ANDREA HAZEL,<br><br>Debtor, | Case No. 2:21-bk-05055-EPB<br><br>Chapter 7<br><br>**NOTICE OF LODGING ORDER TO VACATE ORDER OF DISMISSAL AND REINSTATE CASE** |

     Pursuant to Local Rule 9022-1, Lupe Andrea Hazel, ("Debtor"), hereby gives notice of the lodging of the proposed form of order attached as Exhibit A hereto.

     RESPECTFULLY SUBMITTED this 30th day of July, 2021.

                                JENKINS LAW FIRM


                                By /s/ Asha Sebastian
                                      LaShawn D. Jenkins
                                      *Attorney for Debtor*

**ORIGINAL** of the foregoing e-filed
this 30th day of July, 2021, with the Court.

///
///
///

| | |
|---|---|
| 1 | **COPY** of the foregoing emailed through ECF this 30th day of July, 2021, to: |
| 2 | |
| 3 | Office of the United States Trustee |
| | 230 N. First Ave., #204 |
| 4 | Phoenix, AZ 85003 |
| | USTPRegion14.PX.ECF@USDOJ.GOV |
| 5 | |
| 6 | DINA ANDERSON |
| | DAnderson@DLATrustee.com, |
| 7 | dlanderson@ecf.epiqsystems.com, |
| | dla@trustesolutions.net, |
| 8 | tkirn@dlatrustee.com |
| | *Chapter 7 Trustee* |
| 9 | |

/s/   Asha Sebastian

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LUPE ANDREA HAZEL,<br><br>Debtor, | Case No. 2:21-bk-05055-EPB<br><br>Chapter 7<br><br>**ORDER TO VACATE ORDER OF DISMISSAL AND REINSTATE CASE** |

This matter comes before the Court pursuant to the "Motion to Vacate Order of Dismissal and Reinstating Case" (the "Motion") filed on July 21, 2021, by Lupe Andrea Hazel ("Debtor"), in the above-captioned Chapter 7 case.

Based on the record before the Court in this case, the Court hereby finds and concludes as follows:

A. The Court has jurisdiction and is empowered to enter final and dispositive orders in connection with the motion.

B. Good cause exists to reinstate the above-captioned case.

C. Debtor has remedied the cause for dismissal of her case by filing statements, schedules, and declarations, as required by Local Bankruptcy Rule 1007-1 Re: Electronic Filing.

///

///

THE COURT HEREBY ORDERS as follows:

1. The Debtor's Chapter 7 case is hereby reinstated.

2. Debtor must comply with all other requirements for a case under Chapter 7 of the Bankruptcy Code.

**DATED AND SIGNED ABOVE**