SO ORDERED.

Dated: July 30, 2021

_Eddward P. Ballinger Jr., Bankruptcy Judge_

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LUPE ANDREA HAZEL,<br><br><br>Debtor, | Case No. 2:21-bk-05055-EPB<br><br>Chapter 7<br><br>**ORDER TO VACATE ORDER OF DISMISSAL AND REINSTATE CASE** |

This matter comes before the Court pursuant to the "Motion to Vacate Order of Dismissal and Reinstating Case" (the "Motion") filed on July 21, 2021, by Lupe Andrea Hazel ("Debtor"), in the above-captioned Chapter 7 case.

Based on the record before the Court in this case, the Court hereby finds and concludes as follows:

A. The Court has jurisdiction and is empowered to enter final and dispositive orders in connection with the motion.

B. Good cause exists to reinstate the above-captioned case.

C. Debtor has remedied the cause for dismissal of her case by filing statements, schedules, and declarations, as required by Local Bankruptcy Rule 1007-1 Re: Electronic Filing.

///

///

THE COURT HEREBY ORDERS as follows:

1. The Debtor's Chapter 7 case is hereby reinstated.

2. Debtor must comply with all other requirements for a case under Chapter 7 of the Bankruptcy Code.

**DATED AND SIGNED ABOVE**